People of the State of Illinois, Defendant in Error, v. Levi Billow, Plaintiff in Error.

Gen. No. 41,250.

opinion filed December 23, 1940; rehearing denied January 6, 1941. Ellis & Westbrooks and Barbara Watts Goodall, for plaintiff in error; Richard E. Westbrooks, of counsel; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''